THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VIC TUTT, Appellant. [919 NYS2d 859]—

The Supreme Court providently exercised its discretion in resentencing the defendant to a determinate term of imprisonment of nine years, with three years of postrelease supervision (*see People v Newton*, 48 AD3d 115, 119-120 [2007]). Under the circumstances of this case, a further reduction of the defendant's sentence is not warranted (*see People v Medina*, 81 AD3d 853 [2011]; *People v Schreter*, 50 AD3d 930 [2008]; *People v Almanzar*, 43 AD3d 825, 826 [2007]; *People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Dillon, Hall and Roman, JJ., concur.